Jason Hain (295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, CA
94111
Phone: (831) 227-6892
Fax: (415) 795-9692
jason@jasonhainlaw.com

*Attorney for RELATORS*
MARINA TRUBNIKOVA,
LEONID TRUBNIKOV,
SVETLANA MAHKARINETS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. MARINA TRUBNIKOVA, LEONID TRUBNIKOV AND SVETLANA MAHKARINETS<br><br>     Plaintiff,<br><br>vs.<br><br>MARK F GENKIN, ILIA MARK GUENKIN, JULIA VCHERASHNY and DOES 1 through 50, inclusive,<br><br>     Defendant(s). | Case Number: C 15 5681 LB<br><br>STIPULATION FOR POSTPONEMENT OF MEDIATION DEADLINE & [~~PROPOSED~~] ORDER |

The parties to the above-entitled action hereby stipulate to the following:

1).     Days before the mediation scheduled for February 14, 2017, Relator, Leonid Trubnikov, a disabled 77 year old man was ill and knew that he would not recover in time to attend the mediation. Thus it was cancelled and is currently being rescheduled by the parties for some time in late March, 2017.

Page **1** of **3**
*Ex Rel. Trubnikov v. Genkin – Stipulation for Postponement of Mediation Deadline*

2).    Therefore, the parties request that the mediation deadline currently set for February, 2017 be postponed to March 30, 2017 and that the Case Management Conference currently set for March 2, 2017 be continued to whatever date the court prefers after March 30, 2017. Respectfully submitted.

Dated: February 23. 2017

Jason Hain, Esq.

Counsel for Relators

MARINA TRUBNIKOVA,

LEONID TRUBNIKOV,

SVETLANA MAHKARINETS

Dated: 2/23/17

Kavita Sharma, Esq.

Counsel for Defendants Mark F Genkin, Ilia Mark Guenkin, Julia Vcherashny

## ORDER POSTPONING MEDIATION DEADLINE

The above STIPULATION TO POSTPONE MEDIATION DEADLINE & PROPOSED ORDER is approved.

The mediation deadline is hereby postponed to 03/30/2017.

The Case Management Conference currently scheduled for March 2, 2017 is hereby continued to 04/13/2017 at 11:00 am.

IT IS SO ORDERED.

Dated: 02/23/2017

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE