Jason Hain (295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (831) 227-6892
Fax: (415) 795-9692
jason@jasonhainlaw.com

*Attorney for RELATORS*
MARINA TRUBNIKOVA,
LEONID TRUBNIKOV,
SVETLANA MAHKARINETS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. MARINA TRUBNIKOVA, LEONID TRUBNIKOV AND SVETLANA MAHKARINETS<br><br>Plaintiff,<br><br>vs.<br><br>MARK F GENKIN, ILIA MARK GUENKIN, JULIA VCHERASHNY and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case Number: 15 CV 5681 LB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled action hereby stipulate to the following:

1). The Court has ordered that by today September 7, 2017, parties are to either file a case management conference statement or dismissal of the action pursuant to settlement.

2). The parties represent to the Court that Relators and Defendants reached an agreement on the language of the settlement agreement on August 23, 2017, at which time counsel for Relators transmitted the agreement to the deputy U.S. attorney assigned to this case for approval by the United States. That deputy U.S. attorney advised that the final decision on the agreement would

have to be made by a HUD employee who has been out on vacation though September 5, 2017. Thus, parties anticipate that they will know if the United States approves of their written agreement very soon.

3.) Thus, the parties stipulate that the Court should continue the case management conference currently scheduled for September 14, 2017.

Dated: September 7, 2017

Jason Hain, Esq.

Counsel for Relators

MARINA TRUBNIKOVA,

LEONID TRUBNIKOV,

SVETLANA MAHKARINETS

Dated: September 7, 2017

Adrian Sawyer, Esq.

Counsel for Defendants Mark F Genkin, Ilia Mark Guenkin, Julia Vcherashny

| | |
|---|---|
| 1 | <u>ORDER CONTINUING CASE MANAGEMENT CONFERENCE</u> |
| 2 | The above STIPULATION AND PROPOSED ORDER CONTINUING CASE |
| 3 | MANAGEMENT CONFERENCE is approved. |
| 4 | |
| 5 | The case management conference currently scheduled for September 14, 2017 is continued to October 5, 2017 at 11:00 a.m. Joint case management statements shall be due on September 28, 2017. |

IT IS SO ORDERED.

Dated: September 7, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE